**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ARUTYUN DEMIRCHYAN,
                                    *Petitioner,*

            v.

ERIC H. HOLDER JR. Attorney
General,
                                    *Respondent.*

No. 06-73326

Agency No.
A028-234-622

ORDER

Filed May 9, 2011

Before: John T. Noonan, William A. Fletcher, and
Ronald M. Gould, Circuit Judges.

---

**ORDER**

We hereby redesignate for publication our order filed on
April 19, 2011.